WAYNE M. ABB, ESQ. (SBN 91625)
17422 Chatsworth Street
Granada Hills, California 91344
Telephone: (818) 760-8035
Facsimile: (818) 368-0543

JS - 6

Attorney for Defendants, RON PERLSTEIN, JUDITH PERLSTEIN, and DANCO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MIELE, | CASE NO. CV 05-196R (RZx) |
| Plaintiff, | **JUDGMENT** |
| v. | DATE: March 9, 2009 |
| RON PERLSTEIN, et al., | TIME: 10:00 a.m. |
| Defendants. | COURTROOM: 8 |

This action came on for hearing before the Court on March 9, 2009, Hon. Manuel Real, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits, and that Defendants, RON PERLSTEIN, JUDITH PERLSTEIN, and DANCO, INC., recover their costs.

DATED: _March 9, 2009___        _____
                                JUDGE
                                UNITED STATES DISTRICT COURT

1

JUDGMENT